ORIGINAL

RECEIVED

JAN 1 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CA Bar No. 132612)
   United States Attorney
2  ALEX G. TSE (CA Bar No. 152348)
   Chief, Civil Division
3  SARA WINSLOW (DC Bar No. 457643)
   Assistant United States Attorneys
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
5       Telephone: (415) 436-6925
        Facsimile: (415) 436-6748
6       e-mail: sara.winslow@usdoj.gov

7  Attorneys for the United States of America

FILED

JAN 1 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR

8
9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11             **SAN FRANCISCO DIVISION**

12  [UNDER SEAL],                    )   Case No.  C 12-2698 SI
                                     )
13              Plaintiffs,          )
                                     )   **UNITED STATES' AND STATE OF**
14          v.                       )   **CALIFORNIA'S JOINT NOTICE OF**
                                     )   **ELECTION TO DECLINE**
15  [UNDER SEAL],                    )   **INTERVENTION**
                                     )
16              Defendant.           )   **FILED UNDER SEAL**
                                     )
17  _____)

18
19
20
21
22
23
24
25
26
27
28

                            1

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    e-mail: sara.winslow@usdoj.gov

Attorneys for the United States of America

FILED

JAN 1 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RUSTY FRYBERGER, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>KIEWIT PACIFIC COMPANY, *et al.*,<br><br>            Defendant. | Case No.  C 12-2698 SI<br><br>**UNITED STATES' AND STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Pursuant to the California False Claims Act, California Government Code section 12652 (c)(8)(D)(iii), the State of California notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the

1   action. <u>U.S. ex rel. Green v. Northrop Corp.</u>, 59 F.3d 953, 959 (9th Cir. 1995); <u>U.S. ex rel.</u>

2   <u>Killingsworth v. Northrop Corp.</u>, 25 F.3d 715, 723-25 (9th Cir. 1994).

3        Therefore, the United States requests that, should either the relators or the defendants

4   propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the

5   United States with notice and an opportunity to be heard before ruling or granting its approval.

6        Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all

7   pleadings filed in this action be served upon the United States. The United States also requests

8   that orders issued by the Court be sent to the Government's counsel. The United States reserves

9   its rights to order any deposition transcripts and to intervene in this action, for good cause, at a

10   later date.

11        California Government Code section 12652(c)(1) states that once filed, the action may be

12   dismissed only with the written consent of the Court and the California Attorney General. As

13   such, the State of California requests that it be given an opportunity to be heard before the Court

14   rules on, or grants its approval to, any settlement of this action. The State of California also

15   reserves its right to intervene in this action, for good cause, at a later date. (Cal. Gov. Code §

16   12652(f)(2)(A).)

17        As set forth in Government Code section 12652(f)(1), the State of California requests that

18   the parties serve the State of California with a copy of all pleadings subsequently filed in this

19   action. Service should be directed to Jennifer McClory Hamilton, Deputy Attorney General,

20   False Claims Unit, at the address listed below. Upon request, the State of California shall be

21   supplied with copies of deposition transcripts at its expense.

22        Furthermore, in accord with Government Code section 12656, the State of Calfornia

23   requests that the parties serve the State of California with a copy of the notice or petition

24   initiating any appeal and each paper, including briefs, filed in the appeal.

25   //

26   //

27   //

28   //

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: January 15, 2013    By: _____
                               SARA WINSLOW
                               Assistant United States Attorney

KAMALA HARRIS
Attorney General of the State of California

Dated: January 10, 2013    By: _____
                               JENNIFER McCLORY HAMILTON
                               Deputy Attorney General
                               Attorney for the State of California
                               California Department of Justice
                               Office of the Attorney General
                               455 Golden Gate Ave., Suite 11000
                               San Francisco, CA 94102-7004

**[PROPOSED] ORDER**

The United States and the State of California having declined to intervene in this action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov't. Code § 12652 (c)(8)(D)(iii), respectively, the Court rules as follows.

IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for the Complaint, the First Amended Complaint, this Order, and the accompanying United States' and State of California's Joint Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relators shall serve the First Amended Complaint upon the defendants.

3. The relators shall serve this Order and the accompanying Joint Notice of Election to Decline Intervention upon the defendants after service of the Complaint.

4.   The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5.   The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6.   All orders of this Court shall be sent to the United States.

7.   Should the relators or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

8.   The parties shall serve all pleadings and motions filed in this action, including memoranda, upon the State of California, as provided for in California Government Code section 12651(f)(1).  The State of California may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

9.   Should the relators or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the State of California with an opportunity to be heard before ruling or granting its approval.

10.   The parties will provide the State of California a copy of the notice or petition initiating any appeal and each paper, including briefs, filed in the appeal.

IT IS SO ORDERED.

Dated:   1/15/13

SUSAN ILLSTON
United States District Judge

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United

States Attorney for the Northern District of California and is a person of such age and discretion

to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

the following:

**UNITED STATES' AND STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION**

to be served this date upon the persons indicated below at the addresses shown:

Jennifer McClory Hamilton
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

Bruce Babbitt
Jameson Babbitt Stites & Lombard
999 Third Ave. #1900
Seattle, WA 98104

✓     **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____   **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____   **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____   **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.  Executed January 15, 2013 at San Francisco, California.

YVETTE BAIRD
Supervisory Legal Assistant