1  Bruce P. Babbitt, WSBA #4830
   Jameson Babbitt Stites & Lombard, PLLC
2  999 Third Ave., #1900
   Seattle, WA  98104
3  Telephone:  206-292-1994

4  Weldon S. Wood, CSBA #34867
   17 Alverno Court
5  Redwood City, CA 94061
   Telephone: 650-261-0633
6
   Attorneys for Plaintiff
7

FILED

FEB X 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIF.

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10
   UNITED STATES OF AMERICA AND STATE       )
11 OF CALIFORNIA EX. REL.                    )
   RUSTY FRYBERGER; STEVE RUEL; SCOTT        )
12 THOMPSON SR.; SSL, LLC, SURECAST, LLC     )   No.  C 12-02698 HRL
                                             )
13                  Plaintiffs,              )   FILED UNDER SEAL
                                             )
14        vs.                                )   APPLICATION TO CONTINUE CASE
                                             )   MANAGEMENT CONFERENCE
15 KIEWIT PACIFIC COMPANY; KIEWIT            )
   INFRASTRUCTURE GROUP; RON RATTAI;         )
16 JOHN CHAMBERLAIN; BRUCE HESSE; DOES       )
   I-X                                       )
17                  Defendants.              )
                                             )
18

19 TO:   CLERK OF THE COURT; and

20 TO:   DEFENDANT AND ITS ATTORNEY

21        Come now Relator and Use Plaintiffs Fryberger, Ruel and Thompson and move

22 the court for a 60 day continuance of the scheduling conference presently scheduled for

23 Friday 8 February 2013   This application is based upon the files and pleadings herein

24 and the accompanying declaration of Bruce P. Babbitt.

25        The grounds of this application are that Relator/Plaintiff's counsel received the

26 Court's order unsealing the matter via email on January 24, 2013 and have informed

APPLICATION TO CONTINUE CASE MANAGEMENT
CONFERENCE - 1

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900          TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995

1  the Relators of that order.   The Relators have not determined at this time whether to

2  prosecute the case without the participation of the United States and the State of

3  California.

4  There is at least one other action pending related to the failure of the

5  Mechanically Stabilized Earth retaining walls on the subject project dealing with claims

6  by the Defendant Kiewit against the Relator's company SSL, LLC, and potential actions

7  for coverage of claims on the material bond, and for a defense of certain of the claims

8  brought by Kiewit.  Plaintiff SSL and Relators Ruel and Thompson have engaged both

9  defense and coverage counsel for those claims.

10  Most of these other claims and the other action involving Defendant Kiewit have

11  a common nexus of fact and law with the False Claims Act case now pending in this

12  Court and the Pendant Claims for contract balances and for defamation.

13  The Relators, their Counsel, and their Coverage Counsel are actively engaged in

14  discussions with the bonding company and with the insurance carriers with regard to

15  the proper jurisdiction and venue for the claims and demands of the Relators, SSL, LLC,

16  and Kiewit.    For that reason the Relators and SSL request an extension of time of 60

17  days to allow completion of the necessary discussions and arrangements with the other

18  parties with an interest in the venue of the various actions involving them and

19  Defendant Kiewit.

20  DATED:   February 5, 2013

21  JAMESON BABBITT STITES
   & LOMBARD, PLLC

22

23  By:    *s/Bruce P. Babbitt*
         Bruce P. Babbitt, WSBA #4830

24         bbabbitt@jbsl.com
         Attorneys for Plaintiff

25

26

APPLICATION TO CONTINUE CASE MANAGEMENT
CONFERENCE - 2

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900        TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995

1

2

## ORDER

3

4      THIS MATTER came on for consideration on the application by plaintiff to

5  continue the case management conference currently set for February 8, 2013.  The

6  Court has considered the application and the response by defendants and supporting

7  declaration(s), if any, and being fully advised in the premises, it is hereby:

8      ORDERED that the application is GRANTED and the case management

9  conference is hereby continued to _____ 4/5/13 _____.

10

11      DATED this 5th day of February, 2013.

12

13                                        Hon. Judge Susan Illston
                                          United States District Judge
14

15

16  Presented by:

     JAMESON BABBITT STITES & LOMBARD
17

18  By:    s/Bruce P. Babbitt
            Bruce P. Babbitt, WSBA #4830
19  Attorneys for Plaintiff

20

21

22

23

24

25

26

APPLICATION TO CONTINUE CASE MANAGEMENT
CONFERENCE - 3

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900        TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995

1   Bruce P. Babbitt, WSBA #4830
    Jameson Babbitt Stites & Lombard, PLLC
2   999 Third Ave., #1900
    Seattle, WA  98104
3   Telephone:  206-292-1994

4   Weldon S. Wood, CSBA #34867
    17 Alverno Court
5   Redwood City, CA 94061
    Telephone: 650-261-0633
6
    Attorneys for Plaintiff
7

8                       UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
9                         SAN FRANCISCO DIVISION

10
    UNITED STATES OF AMERICA AND STATE   )
11  OF CALIFORNIA EX. REL.               )
    RUSTY FRYBERGER; STEVE RUEL; SCOTT   )
12  THOMPSON SR.; SSL, LLC, SURECAST, LLC )   No.  C 12-02698 HRL
                                         )
13                       Plaintiffs,     )   FILED UNDER SEAL
                                         )
14          vs.                          )   DECLARATION OF BRUCE P. BABBITT
                                         )   IN SUPPORT OF APPLICATION FOR A
15  KIEWIT PACIFIC COMPANY; KIEWIT       )   CONTINUANCE OF THE SCHEDULING
    INFRASTRUCTURE GROUP; RON RATTAI;    )   CONFERENCE
16  JOHN CHAMBERLAIN; BRUCE HESSE; DOES  )
    I-X                                  )
17                       Defendants.     )
                                         )
18
    TO:    CLERK OF THE COURT; and
19
    TO:    DEFENDANT AND ITS ATTORNEY
20

21          Bruce P. Babbitt states as follows,

22          I am over 18 years of age, have personal knowledge of the facts recited herein

23  and would be competent to testify in court as to the subject matter of this declaration.

24  I am one of the attorneys for the Relator/Plaintiffs Fryberger, Ruel and Thompson and

25  for Plaintiff SSL, LLC.

26

DECLARATION OF BRUCE P. BABBITT - 1

53038\01000\00625431.DOC.V1 BPB

1  The United States and the State of California have filed their declinations to intervene
2  and prosecute this matter.   The order of this Court unsealing the complaint was
3  received via email on January 24th 2013.   Because of that election the Relators will
4  have to prosecute this action on their own.

5  There are other claims and demands between the parties besides those  set out
6  on the first amended complaint in this matter, including breach of contract, failure to
7  pay, and defamation.

8  Defendant Kiewit, for its part has made claims against the material bond the SSL,
9  LLC furnished, and upon which bond the Relators Thompson and Ruel are Guarantors.
10 The company that issued the material bond has made claims for indemnity.  The bond,
11 upon my information and belief, has declined to pay Kiewit what it demands.   Also, to
12 the extent that design is implicated, there is a project Error and Omissions Policy.
13 Other counsel, including coverage counsel are involved in the other matters that I have
14 set out.  I have recently entered into discussions with coverage counsel and defense
15 counsel on the other matters with regard to in which forum the parties' respective
16 claims and demands ought to be tried, and whether the Relators will choose to continue
17 to pursue this matter without the intervention of the United States and the State of
18 California.   Those counsel are in turn in contact with the various bonding companies
19 and insurance carriers.

20 The Kiewit Defendants have not been served with the firs amended complaint at
21 this time.    It may be some time before the various parties in interest have determined
22 the proper venue for all of the claims involved in the project.   For that reason it is
23 impracticable to set a case schedule, particularly since service has not been
24 accomplished on the Kiewit Defendants, and depending upon the decision whether to
25 go forward, may not be served at all.

26

DECLARATION OF BRUCE P. BABBITT - 2

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900        TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995

1  Your declarant believes that the determination as to proceeding and the proper venue

2  for the various claims can be resolved in 60 days, after which the Relators will decide

3  whether to proceed in this Court or to dismiss their action.

4  I hereby certify under penalty of perjury of the laws of the State of Washington that the
   foregoing is true and correct.

5

6          DATED:  February 5, 2013, at Seattle, Washington.

7                                              s/ Bruce P. Babbitt
                                               Bruce P. Babbitt, WSBA #4830
8                                              bbabbitt@jbsl.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BRUCE P. BABBITT - 3

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900          TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995