Bruce P. Babbitt, WSBA #4830
Jameson Babbitt Stites & Lombard, PLLC
999 Third Ave., #1900
Seattle, WA 98104
Telephone: 206-292-1994

Weldon S. Wood, CSBA #34867
17 Alverno Court
Redwood City, CA 94061
Telephone: 650-261-0633

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX. REL. RUSTY FRYBERGER; STEVE RUEL; SCOTT THOMPSON SR.; SSL, LLC, SURECAST, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>KIEWIT PACIFIC COMPANY; KIEWIT INFRASTRUCTURE GROUP; RON RATTAI; JOHN CHAMBERLAIN; BRUCE HESSE; DOES I-X<br><br>Defendants. | No. C 12-02698 JST<br><br>[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME TO OBTAIN PERSONAL SERVICE ON INDIVIDUAL DEFENDANTS |

This matter came on before the court on application of the Plaintiffs for an extension of 45 calendar days in which to obtain service on the individual defendants. The Court has considered the motion, and the declaration of Bruce P. Babbitt and Jessica Leonard, and finding that good cause exists for such and extension it is hereby ORDERED:

Plaintiff time to obtain service on the individual defendants is hereby extended by 45 calendar days from June 6, 2013.

[PROPOSED] ORDER - 1
Cause NO. C 12-02698 JST

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900        TEL 206 292 1994
SEATTLE, WA 98104-4001  FAX 206 292 1995

1  DATED this 11th day of June, 2013.

_____
Hon. Jon S. Tigar
United States District Judge

Presented By:

JAMESON BABBITT STITES
  & LOMBARD, PLLC

By:  /s/ Bruce P. Babbitt
     Bruce P. Babbitt, WSBA #4830
     bbabbitt@jbsl.co.


     /s/ Bruce P. Babbitt for
     Weldon S. Wood, CSBA #34867
     17 Alverno Court
     Redwood City, CA 94061
     weldonwood@weldonwood.com

ATTORNEYS FOR PLAINTIFFS

[PROPOSED] ORDER - 2
Cause NO. C 12-02698 JST

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900    TEL 206 292 1994
SEATTLE, WA 98104-4001 FAX 206 292 1995