Bruce P. Babbitt, WSBA #4830
Jameson Babbitt Stites & Lombard, PLLC
999 Third Ave., #1900
Seattle, WA  98104
Telephone:  206-292-1994

Weldon S. Wood, CSBA #34867
17 Alverno Court
Redwood City, CA 94061
Telephone: 650-261-0633

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX. REL. RUSTY FRYBERGER; STEVE RUEL; SCOTT THOMPSON SR.; SSL, LLC, SURECAST, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>KIEWIT PACIFIC COMPANY; KIEWIT INFRASTRUCTURE GROUP; RON RATTAI; JOHN CHAMBERLAIN; BRUCE HESSE; DOES I-X<br><br>Defendants. | No.  C 12-02698 JST<br><br>[PROPOSED] ORDER GRANTING JOINT APPLICATION AND REQUEST TO CONTINUE JOINT STATUS REPORT AND CASE MANAGEMENT CONFERENCE |

This matter came on for consideration on the request by the Plaintiff Relators and represented Defendants and have submitted a joint application and stipulation for an order striking the submittal date of the case management statement and the case management conference now scheduled for July 24, 2013.  The court has considered the application and stipulation and being otherwise fully advised hereby ORDERS:

The dates for submission of the case management statement and case management conference are hereby vacated.   The Initial Case Management Conference is continued to October 9, 2013 at 2:00 p.m. in Courtroom 9, 19th Floor,

[PROPOSED] ORDER - 1
Cause NO. C 12-02698 JST

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900        TEL 206 292 1994
SEATTLE, WA 98104-4001  FAX 206 292 1995

Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco.  The Joint Case Management Statement is due 10 court days prior to the hearing.

DATED this 16 day of July, 2013.

_____
Hon. Jon S. Tigar
United States District Judge

Presented By:

JAMESON BABBITT STITES
 & LOMBARD, PLLC

By:   /s/ Bruce P. Babbitt
      Bruce P. Babbitt, WSBA #4830
      bbabbitt@jbsl.com
      Attorneys For Plaintiff

JONES DAY

By:   /s/ Aaron Gruber
      Aaron Gruber, CSBA #209509
      agruber@jonesday.com
      Attorneys for Defendants

[PROPOSED] ORDER - 2
Cause NO. C 12-02698 JST

53038\01000\00625431.DOC.V1 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE
SUITE 1900          TEL 206 292 1994
SEATTLE, WA 98104-4001  FAX 206 292 1995