1  Daniel D. McMillan (State Bar No. 135119)
   ddmcmillan@JonesDay.com
2  Michael S. McCauley (State Bar No. 186537)
   msmccauley@JonesDay.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071.2300
5  Telephone:     213.489.3939
   Facsimile:      213.243.2539
6
   Aaron R. Gruber (State Bar No. 209509)          *Submitted Jointly by*
7  agruber@jonesday.com                            Weldon Sanford Wood
   JONES DAY                                       Attorney at Law (State Bar No. 34867)
8  555 California Street, 26th Floor               weldon@weldonwood.com
   San Francisco, CA  94104                        17 Alverno Court
9  Telephone:     415.626.3939                     Redwood City, CA 94061
   Facsimile:      415.875.5700                    Telephone:     650.743.1079
10                                                 Facsimile:      650.298.8097
   Attorneys for Defendants
11                                                 Attorney for Plaintiffs
   John Carpenter (State Bar No. 148884)
12 KIEWIT INFRASTRUCTURE GROUP                     Bruce P. Babbitt (*Admitted Pro Hac Vice*)
   Assistant General Counsel                       Jameson Babbitt Stites & Lombard, PLLC
13 4650 Business Center Dr.                        bbabbitt@jbsl.com
   Fairfield, CA 94534                             801 Second Avenue, Suite 1000
14 Telephone:     707.439.7433                     Seattle, WA 98104
   Facsimile:      707.439.7315                    Telephone:     206.292.1994
15                                                 Facsimile:      206.292.1995
   Attorney for Defendants
16 KIEWIT PACIFIC COMPANY and KIEWIT               Attorney for Plaintiffs
   INFRASTRUCTURE GROUP
17

18                         UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21 UNITED STATES OF AMERICA, AND                   Case No. CV 12-02698-JST
   STATE OF CALIFORNIA EX. REL.
22 RUSTY FRYBERGER; STEVE RUEL;                    [PROPOSED] ORDER ADOPTING
   SCOTT THOMPSON SR.; SSL, LLC,                   STIPULATION AND JOINT REQUEST
23 SURECAST, LLC,                                  TO CONTINUE CASE MANAGEMENT
                                                   CONFERENCE AND RELATED
24 Plaintiffs,                                     DEADLINES

25 v.

   KIEWIT PACIFIC COMPANY; KIEWIT
26 INFRASTRUCTURE GROUP; RON
   RATTAI; KEN RILEY; TERRY
27 ROBINSON; BRUCE HESSE; DOES 1-X,

28         Defendants.

1     Good cause appearing, the Court adopts the Parties' Stipulation and Joint Request to Continue Case Management Conference and Related Deadlines. PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The Case Management Conference, previously set for May 7, 2014, is now removed from calendar and rescheduled for May 21, 2014;

    The April 23, 2014 deadline for submitting a case management statement is now removed from calendar and case management statements and other deadlines triggered by the Case Management Conference date are to be re-calendared according to the May 21, 2014 date.

Dated: April 21, 2014

_____
Hon. Jon S. Tigar
United States District Judge

*IT IS SO ORDERED*
*[signature]*
*Judge Jon S. Tigar*

SFI-859079v1