United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL: RUSTY FRYBERGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KIEWIT PACIFIC COMPANY, et al.,<br><br>Defendants. | Case No. 12-cv-02698-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 97 |

The parties have filed a stipulation of dismissal dated January 21, 2015, stating that they have agreed to dismiss this action in full. ECF No. 97. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice, except as to the United States and State of California, whose respective claims are dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
JON S. TIGAR
United States District Judge